WILLIAM TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
LISA COX, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6859
FACSIMILE:  (206) 220-6911
Lisa.Cox@eeoc.gov

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>NELSON INDUSTRIAL SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

    This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the

Civil Rights Act of 1991 to correct unlawful employment practices and to provide

**COMPLAINT** Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

appropriate relief to Georgiana Meyers, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("EEOC" or "the Commission") alleges that defendant harassed Ms. Meyers because of her sex, creating a hostile work environment.  The EEOC also alleges that defendant's conduct, including its failure to take prompt remedial actions to stop the harassment, caused Ms. Meyer's constructive discharge.  Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory damages and punitive damages.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.    The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.    At all relevant times, defendant, Nelson Industrial Services, Inc., ("Nelson Industrial") incorporated in the State of Oklahoma, has continuously been a corporation

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

doing business in the State of Washington, and has continuously had at least 15 employees.

5.      At all relevant times, defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

<u>STATEMENT OF CLAIMS</u>

6.      More than thirty days prior to the institution of this lawsuit, Georgiana Meyers filed a charge with the Equal Employment Opportunity Commission alleging violations of Title VII by defendant Nelson Industrial.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      From at least September, 2005 to May, 2006 defendant engaged in unlawful employment practices at its Washington based facility in violation of § 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a).  Defendant affected the terms and conditions of Ms. Meyers' employment by subjecting her to a sexually hostile work environment and causing her constructive discharge by failing to take prompt remedial actions to stop the harassment.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Meyers of equal employment opportunities and otherwise adversely affect her status as an employee of Nelson Industrial because of her sex.

9.      The unlawful employment practices complained of in paragraph 7 above were intentional.

**COMPLAINT** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

10.    The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Meyers.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any other employment practice which discriminates on the basis of sex.

B.    Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees and which eradicate the effects of its past and present unlawful employment practices.

C.    Order defendant to make whole Ms. Meyers by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.    Order defendant to make whole Ms. Meyers by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.    Order defendant to pay Ms. Meyers punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

**COMPLAINT** Page 4 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

    F.      Grant such further relief as the Court deems necessary and proper in the

public interest.

    G.      Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.



DATED this 25th day of September, 2007.


WILLIAM TAMAYO                      RONALD S. COOPER
Regional Attorney                   General Counsel

JOHN F. STANLEY                     JAMES L. LEE
Supervisory Trial Attorney          Deputy General Counsel

LISA COX                            GWENDOLYN Y. REAMS
Trial Attorney                      Associate General Counsel


BY:   _/s/ William Tamayo_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Ste. 400
Seattle, WA 98104-1061
Attorneys for Plaintiff

**EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882**