UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>and<br><br>GEORGIANA D. MYERS,<br>        Plaintiff-Intervenor,<br><br>    v.<br><br>NELSON INDUSTRIAL SERVICES, INC.,<br><br>        Defendant. | Case No. C07-5514FDB<br><br>ORDER GRANTING MOTION TO INTERVENE and ORDERING INTERVENOR TO FILE HER COMPLAINT |

Georgiana D. Myers moved to intervene pursuant to 42 U.S.C. § 2000e-5(f)(1) as she is the aggrieved employee in this matter. Myers has a right to intervene pursuant to the cited statute and no opposition has been filed. ACCORDINGLY,

IT IS ORDERED:

1. Motion of Georgiana D. Myers To Intervene [Dkt. #9] is GRANTED, and Myers is allowed to intervene as Plaintiff-Intervenor;

2. Myers may, therefore, file her Complaint (attached to the Motion to Intervene) and shall do so forthwith;

DATED this 3rd day of December, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1